UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITE STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 11-17-ART-(1) |
| | ) | Civil No. 13-7298 |
| v. | ) | |
| ROBERT DARRELL BRYANT, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Robert Darrell Bryant moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. *See* R. 174. Magistrate Judge Edward Atkins filed a report recommending that the Court dismiss Bryant's motion. R. 186 at 11. Bryant has not filed any objections to the Report and Recommendation, and the time for filing any objections has expired. *See* Fed. R. Civ. P. 72(b). Accordingly, it is **ORDERED** that the Report and Recommendation, R. 186, is **ADOPTED** as the opinion of the Court. Bryant's motion, R. 174, is **DENIED**. The Court will issue a separate judgment.

This the 29th day of April, 2014.



Signed By:
*Amul R. Thapar*
United States District Judge